Certificate Number: 05781-TNW-DE-041700346

Bankruptcy Case Number: 22-10198

05781-TNW-DE-041700346

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 20, 2026, at 11:17 o'clock AM PST, Doris Cagle completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Tennessee.

Date: November 20, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President